UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE POWERSPORTS, LLC d/b/a Lawless Harley-Davidson of Renton,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC.,<br><br>Defendant. | CASE NO. 2:19-cv-01339-RSL-BAT<br><br>**ORDER STAYING FRCP 26(a)(1), 26(f) AND LOCAL CIVIL RULE 26(f) DEADLINES (DKT. 23)** |

Upon stipulation of the parties (Dkt. 33), the Court hereby stays the deadlines, established in the Court's Initial Scheduling Order (Dkt. 23), for the parties to exchange FRCP 26(a)(1) disclosures and stays the deadline for the parties to file a Combined Joint Status Report and Discovery Plan, pending final resolution by this Court of the pending Motion to Transfer.

DATED this 31st day of October, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER STAYING FRCP 26(A)(1), 26(F)
AND LOCAL CIVIL RULE 26(F)
DEADLINES (DKT. 23) - 1